1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                  AT SEATTLE

8    LOIS WILLOW ALLEN,

9                          Plaintiff,              CASE NO. C20-0492-RSL

10          v.
                                                   REPORT AND RECOMMENDATION
11   CITY CHURCH, et al.,

12                         Defendants.

13

14          Plaintiff submitted an *in forma pauperis* (IFP) application and a proposed civil complaint.

15   (Dkt. 1.)  Plaintiff names numerous specific churches and individuals as defendants, as well as

16   defendants such as "All Churches in Anchorage (Alaska), "Korean Church", "All Catholic services

17   across the country", and the Vatican.  (Dkt. 1-1.)  She appears to allege crimes, violations of laws,

18   and a variety of different incidents, but her claims are in large part incomprehensible.

19          Pursuant to 28 U.S.C. § 1915(e)(2)(B), this Court may deny an application to proceed IFP

20   and should dismiss a complaint if it is frivolous or fails to state a claim upon which relief may be

21   granted.  An action is frivolous if "it lacks an arguable basis either in law or in fact."  *Neitzke v.*

22   *Williams*, 490 U.S. 319, 325 (1989).

23          This Court previously dismissed several cases filed by plaintiff upon finding them frivolous

REPORT AND RECOMMENDATION
PAGE - 1

and/or failing to state a claim. *Allen v. Puget Sound Guardians*, No. C18-1344-JCC; *Allen v. Chapel by the Sea Inc.*, No. C18-0026-JLR; *Allen v. Persons Who Access My Personal Neurons and Information be they in a Computer or in my Brain*, No. C17-1595-JCC. *See also Allen v. Catholic Soc. Servs.*, No. C17-1451-MJP (dismissal for improper venue). The current action appears frivolous and fails to state a claim upon which relief may be granted and is, therefore, also subject to dismissal under 28 U.S.C. § 1915(e)(2)(B).

Because of the deficiencies in the proposed complaint, the request to proceed IFP should be DENIED and this case DISMISSED without prejudice. 28 U.S.C. § 1915(e)(2)(B). A proposed order of dismissal accompanies this Report and Recommendation.

DEADLINE FOR OBJECTIONS

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 19, 2020**.

DATED this 28th day of May, 2020.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2