UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOIS WILLOW ALLEN,

    Plaintiff,

vs.

CITY CHURCH, et al.,

    Defendants.

NO. C20-492RSL

ORDER

On May 28, 2020, Magistrate Judge Mary Alice Theiler issued her Report and Recommendation, Dkt. # 9.  On May 26, 2020, the plaintiff filed a Motion for Leave to Proceed In Forma Pauperis, Dkt. # 8.  However, the motion was not entered on the docket until May 28, 2020 and the return address on the envelope was different than the address on the docket.  It is unclear if plaintiff received a copy of the Report and Recommendation.

The Clerk of Court is directed to send plaintiff a copy of this order and a copy of the Report and Recommendation, Dkt. # 9, to the following addresses:

77 S. Washington ST.
Seattle, WA 98104

720 Gambell Street
Anchorage, AK 99501

ORDER

1  Plaintiff shall file and serve her objections to the recommendation, if any, no later than
2  July 15.  Failure to file objections within the specified time waives the right to appeal any order
3  by the district court adopting the recommendation.  Plaintiff shall note her objections, if any, for
4  consideration on the district court's calendar for the third Friday after they are filed.  If no timely
5  objections are filed, the matter will be ready for consideration by Judge Lasnik on Friday, July
6  17, 2020.

7  The Clerk of Court is further directed to add the Anchorage address to the docket.

9  DATED this 23rd day of June, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER