UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOIS WILLOW ALLEN,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY CHURCH, et al.,<br><br>        Defendants . | CASE NO. C20-0492-RSL<br><br>ORDER DISMISSING CASE |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This case is DISMISSED, without prejudice, under 28 U.S.C. § 1915(e)(2)(B);

    (3)    Plaintiff's IFP application and request for injunctive relief are DENIED; and

    (4)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

Dated this 23rd day of July, 2020.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING CASE
PAGE - 1